How are we going to be able to do opportunistic use of the soil and we don't have enough tear dams. When we don't have a good fit of land for many years there will be no eco through the site which is not uncommon in Korea and Division of Drainage Organization. We don't have a good fit of land, we don't have a good fit of soil, we don't have a